**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
June 21, 2011

Lyle W. Cayce
Clerk

No. 10-20718
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JUAN TORRES-TORRES, also known as Juan Torres, also known as Juan Torres Torres,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:10-CR-29-1

Before JONES, Chief Judge, and STEWART and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Appealing the judgment in a criminal case, Juan Torres-Torres presents arguments that he concedes are foreclosed by *United States v. Ayala*, 542 F.3d 494, 494-95 (5th Cir. 2008), which held that a violation of Texas's indecency with a child statute constitutes "sexual abuse of a minor" and a crime of violence for purposes of an enhancement under U.S.S.G. § 2L1.2. *See also United States v. Castro-Guevarra*, 575 F.3d 550, 552-53 (5th Cir.), *cert. denied*, 130 S. Ct. 649

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

(2009).  The appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.